AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

HOWARD CROSBY, et al.,

        Plaintiffs,

        v.

PETROMED, INC., a Nevada corporation, et al.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5055-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants on all claims without prejudice pursuant to the Court's Order filed June 16, 2010, Ct Rec 116.

June 16, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas